

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2014

No. 04-14-00600-CV

**IN RE** Anthony **CISNEROS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

On August 25, 2014, relator filed a petition for writ of mandamus. This court does not have jurisdiction to grant the requested relief. Accordingly, relator's petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on August 28th, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-PA-02118, styled *In the Interest of J.J.C., et al., Children*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Charles E. Montemayor presiding.